UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                            Case No. 23-30486
                                              Originating No.  23CR40140

**AVONTE DELIN COPELAND,**

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **AVONTE DELIN COPELAND,** to answer to charges pending in another federal district, and states:

1. On **November 12, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of South Dakota based on an indictment**.  Defendant is charged in that district with violation of **21 USC 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Carl Gilmer-Hill*
CARL GILMER-HILL
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: December 12, 2023